**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Market Square Hospitality, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0796826** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2723 Sheridan Road**<br>**Zion, IL 60099**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Market Square Hospitality, LLC**                                     Case number (*if known*) _____
          Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|       | District _____ | When _____ | Case number _____ |
|       | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|       | Debtor _____ | | Relationship _____ |
|       | District _____ | When _____ | Case number, if known _____ |

Debtor   **Market Square Hospitality, LLC**                                    Case number (*if known*) _____
         _____
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000
■ 50-99   ☐ 5001-10,000   ☐ 50,001-100,000
☐ 100-199   ☐ 10,001-25,000   ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000   ■ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor    **Market Square Hospitality, LLC**                              Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2017**
MM / DD / YYYY

**X** **/s/ David Delach and Richard Delisle**          **David Delach and Richard Delisle**
Signature of authorized representative of debtor          Printed name

Title    **Managers**

**18. Signature of attorney**

**X** **/s/ Abraham Brustein**          Date    **July 27, 2017**
Signature of attorney for debtor              MM / DD / YYYY

**Abraham Brustein**
Printed name

**DiMonte and Lizak, LLC**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone    **(847) 698-9600**          Email address _____

**0327662**
Bar number and State

Debtor    Market Square Hospitality, LLC                    Case number (if known)
          **Name**

▓▓▓▓  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
         imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 27, 2017
               MM / DD / YYYY

X _____          David Delach and Richard Delisle
   Signature of authorized representative of debtor      Printed name

Title   Managers

**18. Signature of attorney**   X _____      Date   July 27, 2017
                                   Signature of attorney for debtor              MM / DD / YYYY

Abraham Brustein
Printed name

DiMonte and Lizak, LLC
Firm name

216 Higgins Road
Park Ridge, IL 60068
Number, Street, City, State & ZIP Code

Contact phone    (847) 698-9600        Email address

0327662
Bar number and State

## Managers Authorization for Filing of Chapter 11 Reorganization

The undersigned, constituting all of the Managers of Market Square Hospitality, LLC, a Colorado limited liability company ("Company"), hereby approve, authorize, consent to and adopt the following actions ("Consent") and expressly waive any requirement under the Company's Operating Agreement that the matters contained in this Consent be considered at a formal meeting of the Managers or that notice of a meeting to consider these matters be given to the Managers:

### Commencement of Chapter 11 Case

The Managers have determined, after consultation with each other and the Company's attorneys, that it is both desirable and in the best interest of the Company that the Company file a petition for relief under Chapter 11 of the Bankruptcy Code if its principal asset is made the subject of a mortgage foreclosure complaint prior to the date on which this Consent is revoked or superseded. Based on the foregoing, the Managers of the Company are authorized, empowered, and directed to file a Chapter 11 bankruptcy petition for the Company in the United States Bankruptcy Court for the Northern District of Illinois at such time as the Managers deem appropriate after the filing of a complaint to foreclosure mortgage is filed against the Company's principal asset.

The Managers are further authorized, empowered, and directed to take and perform any and all further acts and deeds they deem necessary, appropriate, or desirable in connection with the Company's Chapter 11 case.

### Retention of Additional Advisors and Consultants

The Company's Managers are authorized, empowered, and directed to retain or employ attorneys, accountants, financial advisors, and other professionals to assist and advise them on all matters relating to the Chapter 11 case to the extent they deem such retention necessary, appropriate, or advisable.

Market Square Hospitality, LLC

By: _David Delach_____
Dave Delach, one of its Managers

Date: _7/10/17_____


Market Square Hospitality, LLC

By: _____
Richard Delisle, one of its Managers

Date: _July 10, 2017_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Market Square Hospitality, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **Creditor matrix.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 27, 2017          X **/s/ David Delach and Richard Delisle**
                                          Signature of individual signing on behalf of debtor

                                       **David Delach and Richard Delisle**
                                          Printed name

                                       **Managers**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Market Square Hospitality, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    Creditor matrix.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 27, 2017              X _____
                                           Signature of individual signing on behalf of debtor

David Delach and Richard Delisle
Printed name

Managers
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Market Square Hospitality, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois Medical Services Corp 330 W. Campus Drive Arlington Heights, IL 60004** | | Loan | | | | $137,243.21 |
| **City of Zion 2828 Sheridan Road Zion, IL 60099** | | Hotel/motel room tax | | | | $14,165.55 |
| **Otis Elevator PO Box 73579 Chicago, IL 60673** | | | | | | $7,000.00 |
| **Illinois Department of Revenue 101 W. Jefferson Street Springfield, IL 62702** | | Hotel Operators' Occupation Tax | | | | $5,928.09 |
| **City of Zion-Water and Sewer 2828 Sheridan Road Zion, IL 60099** | | | | | | $5,339.00 |
| **Carefree Pools, Inc. PO Box 699 Highwood, IL 60040** | | | | | | $5,000.00 |
| **Sharon Gerlikas, CPA 2556 Hunter Drive Arlington Heights, IL 60004** | | | | | | $4,550.00 |
| **Cincinnati Insurance PO Box 14529 Cincinnati, OH 45250** | | Property/Liability Insurance | | | | $3,407.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Market Square Hospitality, LLC**                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Motel Hotel Associates, Inc. Jim Heale - Marriott Hotel & Spa 243 Tresser Blvd Stamford, CT 06901** | | | | | | **$3,312.34** |
| **Dell Business Credit Payment Processing Center PO Box 5275 Carol Stream, IL 60197** | | **Goods and merchandise for hotel operation.** | | | | **$2,887.21** |
| **Humana Insurance Co. PO Box 3024 Milwaukee, WI 53201** | | **Health Insurance Premium per month** | | | | **$2,344.21** |
| **Debi L. Rhinehart Harvey & Parmelee, LLP 13215 Penn St., Suite 101 Whittier, CA 90602** | | | | | | **$2,000.00** |
| **AmTrust North America 800 Superior Avenue E Cleveland, OH 44114** | | **Workers Comp Insurance Premiums.** | | | | **$1,620.00** |
| **Illinois Department of Revenue 101 W. Jefferson Street Springfield, IL 62702** | | **Sales and Use tax.** | | | | **$1,471.00** |
| **Direct TV P.O. Box 9001069 Louisville, KY 40290** | | **Cable service for hotel guest rooms and lobby.** | | | | **$1,423.27** |
| **Comcast PO Box 3001 Southeastern, PA 19398** | | **Internet provider for hotel and Callie's.** | | | | **$1,410.00** |
| **Robert T. O'Donnell O'Donnell Haddad, LLC 14044 W. Petronella Drive, Suite 1 Libertyville, IL 60048** | | **Legal services.** | | | | **$1,386.50** |
| **Ecolab PO Box 70343 Chicago, IL 60673** | | **Commercial soap and cleaning products** | | | | **$1,250.42** |
| **Delaine J. Rogers 1622 Ravine Drive Winthrop Harbor, IL 60096** | | **Wages** | | | | **$1,096.84** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Market Square Hospitality, LLC**                                           Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Liberty Cleaners 2730 Sheridan Road Zion, IL 60099** | | **Goods and merchandise for hotel operation.** | | | | **$1,067.05** |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Market Square Hospitality, LLC**                                   Case No.

                                    Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **95**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 27, 2017**                          **/s/ David Delach and Richard Delisle**

                                    **David Delach and Richard Delisle**/**Managers**
                                    Signer/Title

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Market Square Hospitality, LLC _____   Case No. _____
                                        Debtor(s)                Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 95

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:   July 27, 2017 _____

David Delach and Richard Delisle/Managers
Signer/Title

A-Action Pest Control, Inc.
487 Orchard Street
Antioch, IL 60002


Ace Hardware and Rental
2660 Sheridan Road
Zion, IL 60090


Adam C. Toosley
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606


Advance Disposal
Solid Waste Midwest, LLC-T2
2230 Ernie Krueger Cir.
Waukegan, IL 60087


AFLAC
Worldwide Headquarters
Columbus, GA 31999


Alarm Detection Systems, Inc.
111 Church Road
Aurora, IL 60505


Alyssa Wilkins
1910 Daybreak Lane
Zion, IL 60099


American Hotel Register Company
100 S. Milwaukee Avenue
Vernon Hills, IL 60061


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Ana Martinez
1815 20th Street
Zion, IL 60099


Angelina E. Andrade
3018 Salem Blvd
Zion, IL 60099

Ashley Lewis
1101 21st Street
Zion, IL 60099

Ashlie Moh
2308 Gideon Avenue
Zion, IL 60099

Athletico Management, LLC
Attn: Thomas J. Beardsley
625 Enterprise Drive
Oak Brook, IL 60523

Blake Issac
3013 Emmaus
Zion, IL 60099

Cancer Treatment Centers of America
2520 Elisha Avenue
Zion, IL 60099

Carefree Pools, Inc.
PO Box 699
Highwood, IL 60040

Cincinnati Insurance
PO Box 14529
Cincinnati, OH 45250

City of Zion
2828 Sheridan Road
Zion, IL 60099

City of Zion-Water and Sewer
2828 Sheridan Road
Zion, IL 60099

Colette & Ano
Plumbing Company, Inc.
822 Pickard Avenue
Antioch, IL 60002

Comcast
PO Box 3001
Southeastern, PA 19398

ComEd
PO Box 611
Carol Stream, IL 60197


Constance Fatigato
35455 N. Sheridan Road, Lot 839
Beach Park, IL 60087


David Delach
1309 Lake Shore Drive
Barrington, IL 60010


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


Debi L. Rhinehart
Harvey & Parmelee, LLP
13215 Penn St., Suite 101
Whittier, CA 90602


Delaine J. Rogers
1622 Ravine Drive
Winthrop Harbor, IL 60096


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


Denny's Fire Control
PO Box 207
Winthrop Harbor, IL 60096


Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19101


Diana Panuncial
2521 Elizabeth Avenue
Zion, IL 60099


Direct TV
P.O. Box 9001069
Louisville, KY 40290

Donna Macki
10417 W. Talmadge Avenue
Beach Park, IL 60099


Ecolab
PO Box 70343
Chicago, IL 60673


Ethan Smith
809 College Avenue
Winthrop Harbor, IL 60096


First Impression Management
437 Robert Parker Coffin Road, #3
Long Grove, IL 60047


Hansen Associates, Inc.
888 E. Belvidere Road, Suite 317
Grayslake, IL 60030


HD Supply Fac. Maint. Ltd.
PO Box 509058
San Diego, CA 92150


HoiKima, Inc.
2723 Sheridan Road
Zion, IL 60099


Hospitality Services Corporation
2556 E. Hunter Drive
Arlington Heights, IL 60004


Humana Insurance Co.
PO Box 3024
Milwaukee, WI 53201


IL Department ofEmployment Security
 Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Illinois Department of Revenue
Bankrutpcy Section
100 W. Randolph Street
Chicago, IL 60601


Illinois Medical Services Corp
330 W. Campus Drive
Arlington Heights, IL 60004


Illinois Medical Services, Inc.
2723 Sheridan Road
Zion, IL 60099


Image Technology Systems
2099 Collins Blvd.
Richardson, TX 75080


Jennifer Dartz
39018 N. Sheridan Road
Beach Park, IL 60099


Johnny Ross
1615 Lorelei Drive, Apt. 205
Zion, IL 60099


Julia Pracht
11431 West Richard Place
Zion, IL 60099


Kimberly Bonifer
3009 Ezra Avenue
Zion, IL 60099


Lake County Collector
18 N. County Street #102
Waukegan, IL 60085


Lexyl Travel Technologies

Liberty Cleaners
2730 Sheridan Road
Zion, IL 60099


Lipke Kentex/Hesse Dionne Supply
2489 S. Wolf Road
Des Plaines, IL 60018


Lisa Crawford
4210 Maple Lane, Apt. 2C
Zion, IL 60099


Lisa J. Jarrett
830 Park Avenue, Apt. 6
Winthrop Harbor, IL 60096


Madison Sperry
230 Potomac Lane
Winthrop Harbor, IL 60096


Maravela's, Inc.
4 Washington Avenue
Fox Lake, IL 60020


Margarita Saavedra
2321 33rd Street
Zion, IL 60099


Maria Martinez
1815 20th Street
Zion, IL 60099


Maria Monica Ramirez
1161 Barnhart CT.
Zion, IL 60099


Matthew Trumper
2101 Elizabeth Avenue
Zion, IL 60099


Menards
5101 Menard Avenue
Eau Claire, WI 54703

Mitchell Price
9756 W. 16th Street
Zion, IL 60099


Motel Hotel Associates, Inc.
Jim Heale - Marriott Hotel & Spa
243 Tresser Blvd
Stamford, CT 06901


North Shore Gas
PO Box 2968
Milwaukee, WI 53201


North Shore Water Reclamation Dist.
PO Box 2140
Bedford Park, IL 60499


Otis Elevator
PO Box 73579
Chicago, IL 60673


Paelli's Bakery
6020 39th Avenue
Kenosha, WI 53142


Patrick M. Feldshaw
145 Cavin Avenue
Winthrop Harbor, IL 60096


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


Reid Cole
2700 Salem Blvd.
Zion, IL 60099


Richard Delisle
22316 NW Brookside Way
Lake Barrington, IL 60010


Robert T. O'Donnell
O'Donnell Haddad, LLC
14044 W. Petronella Drive, Suite 1
Libertyville, IL 60048

Rockford Local Development Corp.
120 W State St
Rockford, IL 61101


Sam's Club/Synchrony Bank
PO Box 530981
Atlanta, GA 30353


SCG Protection
1253 Cobblestone Way
Woodstock, IL 60098


Shannon Pantel
2671 Sheridan Road, Unit 403
Zion, IL 60099


Sharon Gerlikas, CPA
2556 Hunter Drive
Arlington Heights, IL 60004


Sharon L. Finkel
5055 Glendale Drive
Gurnee, IL 60031


Sprint
PO Box 4191
Carol Stream, IL 60197


Staples Advantage, Dept DET
PO Box 83689
Chicago, IL 60696


T&J Water Heater Service
7047 W. Addison
Chicago, IL 60634


Tammy Boyd
2116 Eshcol Avenue
Zion, IL 60099


Thomas A. Olson
330 W. Campus Drive
Arlington Heights, IL 60004

Thomas Myers
2823 27th Street
Zion, IL 60099


U.S. Small Business Administration
Illinois District Office
500 W. Madison Street, Suite 1250
Chicago, IL 60661


Wellspring Technologies
Jim Heale-Marriott Hotel & Spa
243 Tresser Blvd
Stamford, CT 06901


Wendy Enright
2902 Elim Avenue, Apt. 3
Zion, IL 60090


Windstream
PO Box 9001013
Louisville, KY 40290


Yesenia Perales
1512 W. Monroe Street
Waukegan, IL 60085


Yvette Cleaver
1907 Gideon Avenue
Zion, IL 60099

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Market Square Hospitality, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Market Square Hospitality, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Delach Family Irrev.Trust uad8/1/09
James Pye
2300 N. Barrington Road, Suite 400
Hoffman Estates, IL 60169**

**R.R.Delisle Living Trust uad 1/5/09
Richard Delisle
22316 NW Brookside Way
Lake Barrington, IL 60010**

**Zion Sheridan Partners, LLC
Richard Delisle
22316 NW Brookside Way
Lake Barrington, IL 60010**

☐ None [*Check if applicable*]

**July 27, 2017**

Date

**/s/ Abraham Brustein**

**Abraham Brustein 0327662**

Signature of Attorney or Litigant

Counsel for   **Market Square Hospitality, LLC**

**DiMonte and Lizak, LLC**

**216 Higgins Road
Park Ridge, IL 60068
(847) 698-9600 Fax:(847) 698-9623**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Market Square Hospitality, LLC**               Case No. _____

                                        Debtor(s)       Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Market Square Hospitality, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Delach Family Irrev.Trust uad8/1/09
James Pye
2300 N. Barrington Road, Suite 400
Hoffman Estates, IL 60169
_____

R.R.Delisle Living Trust uad 1/5/09
Richard Delisle
22316 NW Brookside Way
Lake Barrington, IL 60010
_____

Zion Sheridan Partners, LLC
Richard Delisle
22316 NW Brookside Way
Lake Barrington, IL 60010
_____

☐ None [*Check if applicable*]

July 27, 2017
_____
Date

_____
Abraham Brustein 0327662
Signature of Attorney or Litigant
Counsel for   Market Square Hospitality, LLC
DiMonte and Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
(847) 698-9600 Fax:(847) 698-9623