## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17 -22394 |
| Market Square Hospitality, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | Judge Baer |

### DEBTOR'S APPLICATION TO SET HEARING ON EMERGENCY MOTIONS

Market Square Hospitality, LLC, the Debtor, by its undersigned attorneys submits this Application to Set Hearing on Emergency Motions pursuant to Local Rule 9013-2, stating the following:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 27, 2017. The case is assigned to Judge Janet Baer.

2. The Debtor operates an eighty-four room hotel in Zion, Illinois that provides an integrated set of services, including the operation of a restaurant and gift shop, a banquet facility and catering service. The Debtor has 31 employees as of the Petition Date.

3. The Debtor seeks to present for hearing on an emergency basis a Motion for Interim Use of Cash Collateral for the Period Ending August 5, 2017 and a Motion Authorizing it to Pay the Pre-Petition Payroll due to its Employees for the Payroll Period July 16-31, 2017, which payroll is scheduled to be made on August 4, 2017.

4. Judge Baer is on vacation through August 3, 2017. The emergency judge, Judge Barnes, does not hear motions on Mondays. The Debtor seeks to present these motions on July 31, 2017.

1

5.      Copies of the motions are attached to this application.

                                            Respectfully submitted,

                                            Market Square Hospitality, LLC

                                            By:    /s/ Abraham E. Brustein
                                                   One of its attorneys

Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: abrustein@dimontelaw.com
       jsmolka@dimontelaw.com