UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-22394 |
| MARKET SQUARE HOSPITALITY, LLC ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING THOMAS A. OLSON'S AGREED MOTION TO EXTEND DEADLINES AND CONTINUE EVIDENTIARY HEARING DATE SET FORTH IN FINAL PRETRIAL ORDER**

This cause coming to be heard upon the agreed motion of Thomas A. Olson ("Olson") to extend deadlines and continue the evidentiary hearing date set forth in the Pretrial Order Dated August 22, 2017 (the "Pretrial Order"), due and proper notice having been given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

The Pretrial Order dates and deadlines are hereby modified as follows:

    a. The Debtor may file a response to Olson's motion for relief from stay on or before October 5, 2017.

    b. The parties shall file a joint document captioned "Pretrial Statement" on or before October 12, 2017 which will contain the following information:

       (i) A brief statement of the theory of each claim and each defense;

       (ii) A statement of stipulated facts in numbered paragraphs;

       (iii) A statement in numbered paragraphs setting out the material facts which are in dispute;

       (iv) Each party's list of witnesses with any objections noted, stating grounds; and

       (v) Each party's list of exhibits it plans to offer with objections noted, stating grounds.

    Each party will provide all other parties a copy, and the Court two copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g. "Debtor's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objects to the exhibit have been raised in the Pretrial Statement.

    c. The trial for both motions is set for October 17, 2017 at 10:30 a.m. in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 19, 2017

**Prepared by:**

Shelly A. DeRousse (ARDC No. 6274798)
Elizabeth L. Janczak (ARDC No. 6302864)
FREEBORN & PETERS LLP
311 South Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6571