UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Market Square Hospitality, LLC,            )       Case No. 17-22394
                                                   )
                           Debtor.                 )       Chapter 11
                                                   )

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for Thomas Olson is ordered to file his amended motion for relief from the automatic stay (which will serve as an amendment of his motion to reconsider) by December 5, 2017. A response to that motion is due by December 19, 2017. A reply is due by January 2, 2018.

In connection with both Thomas Olson's amended motion for relief from the automatic stay and Illinois Medical Services Corporation's motion for relief from the automatic stay, counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before January 5, 2018, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. Each party's list of witnesses with any objections noted, stating grounds;
2. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, *e.g.*, "Plaintiff's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement.

Trial for both motions is set for January 10 and 11, 2018, at 10:30 a.m., in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

ENTER: /s/ Janet S. Baer

Dated: 11/28/17

United States Bankruptcy Judge